ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| | | |
|---|---|---|
| ROBERTO PALOU BOSCH Y AMARILYS DE JESÚS GONZÁLEZ Y LA SOCIEDAD DE GANANCIALES<br><br>PETICIONARIOS<br><br>V.<br><br>SUCESIÓN JORGE MORALES CRUZ COMPUESTA POR JORGE MORALES NAVARRO, ROBERTO MORALES NAVARRO, SUCESIÓN HAYDEE MORALES NAVARRO, LIMARIE O´FARRIL MORALES, DAGMARIE O´FARRIL MORALES, JAVIER O´FARRIL MORALES Y JULIA NAVARRO<br><br>Recurridos | TA2025RE00005 | *MANDAMUS* procedente del Tribunal de Primera Instancia, Sala Superior de Bayamón<br><br>Caso Núm. D AC2017-0363<br><br><br>Sobre:<br><br>Disolución de Comunidad de Bienes y Otros |

Panel integrado por su presidente, la juez Brignoni Mártir, el juez Ronda Del Toro y el juez Rodríguez Flores[1]

Brignoni Mártir, Juez Ponente

## SENTENCIA

En San Juan, Puerto Rico, a 12 de septiembre de 2025.

Considerada la "*Moción de Desistimiento"* presentada por el señor Roberto Palou Bosch el 12 de septiembre de 2025.

Se declara **Ha Lugar**. De conformidad con lo dispuesto en la Regla 83 (A) del Reglamento del Tribunal de Apelaciones[2], se ordena el archivo del recurso TA2025RE00005 por desistimiento con perjuicio en su respectiva reclamación.

**Notifíquese** a todas las partes y a la Hon. Anelis Hernández Rivera, Jueza del Tribunal de Primera Instancia, Sala de Bayamón.

---

[1] Véase Orden Administrativa OATA-2025-00171.

[2] Regla 83 (A) del Reglamento del Tribunal de Apelaciones, según enmendada, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, pág. 115, 215 DPR __ (2025).

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones